IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00422-D-RJ

| | |
|---|---|
| NEEDHAM CURTIS BARBOUR; and EDWARD BRIAN DUNN, on their own behalf and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BEDDINGFIELD DRUGS, LLC and VEDIC PHARMACY, LLC,<br><br>*Defendants*. | **ORDER** |

THIS MATTER is before the Court on the Parties' Joint Motion to Approve Settlement Under the Fair Labor Standards Act (Doc. No. 26). The Court has carefully considered the parties' motion and supporting grounds as well as the settlement agreement. The Court finds that the parties' FLSA settlement, which was negotiated at arm's length by experienced counsel, fairly and reasonably resolves a bona fide dispute (in light of, among other things, the benefits accruing to Plaintiff, the time and effort expended by the Parties, and the complexity, risk, expense and possible length of time of continued litigation), satisfying the applicable standard for approval under 29 U.S.C § 216(b) as a fair and equitable resolution of a bona fide dispute. Accordingly, the Court GRANTS the motion, ORDERS that the parties' filed Settlement Agreement is approved as fair and reasonable and directs the parties to fulfill their respective duties under the Agreement, including but not limited to dismissal of this action with prejudice.

SO ORDERED. This the 14 day of November, 2023.

*/s/ James C. Dever*

JAMES C. DEVER III
United States District Judge